1 **JASON G. REVZIN**
Nevada Bar No. 8629
2 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
3 Las Vegas, Nevada 89118
Telephone: (702) 893-3383
4 Facsimile: (702) 893-3789
5 **COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL C. WOLFORD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02140-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Daniel C. Wolford ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On August 9, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 5, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until October 4, 2017. This is the first

/ / /

/ / /

/ / /

/ / /

4826-7929-9150.1　　　　　　　　　　　　1

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: August 31, 2017      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
--------
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
**COUNSEL FOR TRANS UNION LLC**

**KNEPPER & CLARK, LLC**

*/s/ Miles N. Clark*
--------
Matthew I. Knepper
Miles N. Clark
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
Telephone: (702)825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
And
David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
**COUNSEL FOR PLAINTIFF**

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-1-2017