Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL C. WOLFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; and TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02140-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Daniel C. Wolford has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from September 5, 2017 through and including **October 5, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint

///

///

///

4851-3258-5550

will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 5th day of September, 2017.

SNELL & WILMER LLP

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

KNEPPER & CLARK, LLC

By: /s/ Miles N. Clark
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 9-6-2017

- 2 -

4851-3258-5550