# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANIEL C. WOLFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>    Defendants. | 2:17-cv-02140-JAD-VCF<br>**ORDER** |

Before the Court is the Notice of Settlement with Experian Information Solutions, Inc. (ECF No. 22).

Accordingly,

IT IS HEREBY ORDERED that a stipulation and order for dismissal must be filed on or before February 12, 2018.

DATED this 13th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE