Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL C. WOLFORD, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:17-cv-02140-JAD-VCF<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**<br><br>ECF No. 33 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 1

IT IS SO STIPULATED.

Dated this 8th day of January, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>Andrew Michael Cummings, Esq.<br>JONES DAY<br>3161 Michelson Drive, Ste. 800<br>Irvine, CA 92612<br>Email: acummings@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |
| /s/ *Bradley T. Austin* | /s/ *Jason Revzin* |
| Bradley T Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* | Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>Monica F. Ramirez, Esq.<br>2600 Dallas Pkwy., Ste 600<br>Frisco, TX 75034<br><br>*Counsel for Defendant Trans Union LLC* |

**ORDER**

Based on the parties' stipulation [ECF No. 33] and good cause appearing, IT IS HEREBY ORDERED that **all claims against defendant Experian Information Solutions, Inc. in this action are DISMISSED with prejudice**, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
January 9, 2018