**ANDREW A. BAO, ESQ.**
Nevada Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant/Counterclaimant
**DITECH FINANCIAL LLC f/k/a**
**GREEN TREE SERVICING LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL C. WOLFORD,<br><br>Plaintiff,<br>v.<br><br>DITECH FINANCIAL, LLC fka GREEN TREE SERVICING, LLC, a Delaware limited liability corporation, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-02140-JAD-VCF<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT OF DITECH FINANCIAL LLC**<br><br>[ECF No. 46] |

Pursuant to U.S. District Court, District Court of Nevada Local Rule 7-1, the undersigned parties herein, through their attorneys of record, hereby stipulate to set aside the default entered against Defendant Ditech Financial LLC ("Ditech"), formerly known as Green Tree Servicing LLC ("Green Tree"), entered on March 29, 2018. Dkt 42.

1

311179.1

Ditech has 10 calendar days from the date of this order to file a response.

      IT IS HEREBY STIPULATED.

| | |
|---|---|
| DATED: 11th of April, 2018 | DATED: 11th of April, 2018 |

DATED: 11th of April, 2018

WOLFE & WYMAN LLP

By:/s/Andrew A. Bao
    ANDREW A. BAO, ESQ.
    Nevada State Bar No. 10508
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    **DITECH FINANCIAL LLC fka**
    **GREEN TREE SERVICING LLC**

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:/s/ Jason Revzin
    JASON REVZIN
    6385 South Rainbow Blvd., Suite 600
    Las Vegas, NV 89118
    Telephone: (702) 893-3383
    Facsimile: (702) 893-3789
    Email: Jason.revin@lewisbrisbois.com
    Attorneys For Defendant
    **TRANS UNION LLC**

DATED: 11th of April, 2018

**KNEPPER & CLARK, LLC**

By:/s/ Matthew I. Knepper
    KNEPPER & CLARK LLC
    MATTHEW I. KNEPPER
    MILES N. CLARK
    10040 W. Cheyenne Ave. Suite 170-109
    Las Vegas, NV 89129
    Telephone: (702)825-6060
    Facsimile: (702) 447-8048
    Email:
    matthew.knepper@knepperclark.com
    miles.clark@knepperclark.com

    AND

**HAINES & KRIEGER, LLC**
    DAVID H. KRIEGER
    8985 S. Eastern Avenue, Suite 350
    Henderson, NV 89123
    Telephone: (702) 880-5554
    Facsimile: (702) 383-5518
    Email: dkrieger@hainesandkrieger.com
    Attorneys for Plaintiff

# ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated---and must be filed---as a joint motion. This stipulation [ECF No. 46] is between plaintiff and only two of the three remaining defendants in this case. Accordingly, IT IS HEREBY ORDERED that I treat the stipulation **[ECF No. 46]** as a joint motion under LR 7-1(c), find good cause, and **GRANT** it. The default entered against Ditech Financial, LLC by the Clerk of Court **[ECF No. 42] is SET ASIDE**. Ditech must respond to the First Amended Complaint [ECF No. 28] **on or before April 26, 2018**.

Dated: April 16, 2018

_____
U.S. District Judge Jennifer A. Dorsey

3

311179.1

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on the 11th day of April, 2018, I electronically served a true and correct copy of the above and foregoing **STIPULATION TO SET ASIDE ENTRY OF DEFAULT OF DITECH FINANCIAL LLC** through the courts' CM/ECF program.

*(All parties on the electronic service list)*

/s/ Tina M. Abrante
Tina M. Abrante
An employee of WOLFE & WYMAN LLP



311179.1