Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL C. WOLFORD, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL, LLC fka GREEN TREE SERVICING, LLC, a Delaware limited liability corporation, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFROMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:17-cv-02140-~~JAD~~-VCF<br>RFB<br><br>**STIPULATION OF DISMISSAL OF DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC WITH PREJUDICE** |

STIPULATION OF DISMISSAL OF DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC WITH PREJUDICE - 1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Ditech Financial, LLC fka Green Tree Servicing, LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 16th day of August, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Andrew A. Bao* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Andrew A. Bao, Esq.<br>Nevada Bar No. 10508<br>WOLFE & WYMAN LLP<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>Email: aabao@wolfewyman.com<br><br>*Counsel for Defendant*<br>*Ditech Financial, LLC f/k/a Green Tree*<br>*Servicing, LLC* |
| /s/ *Jason Revzin*<br>Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant Trans Union LLC* | |

STIPULATION OF DISMISSAL OF DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC WITH PREJUDICE - 2

# ORDER GRANTING

# STIPULATION OF DISMISSAL OF DITECH FINANCIAL, LLC fka GREEN TREE SERVICING, LLC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 20th day of August, 2018.